## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FLOYD L. WALLACE JR., | |
| Plaintiff, | **8:17CV305** |
| vs. | |
| NICOLAS YANEZ, 1506; BRIAN DIMINICON, 1988; WILLIAN SEATON, 1761; and OMAHA POLICE DEPARTMENT, | **MEMORANDUM AND ORDER** |
| Defendants. | |

This matter is before the court on its own motion. On September 25, 2017, the court entered a Memorandum and Order instructing Plaintiff to update his address within 30 days. (Filing No. 8.) On October 20, 2017, Plaintiff filed a Response to the court's September 25, 2017 Memorandum and Order. (Filing No. 9.) The Response consists of copies of the court's September 25, 2017 order and the Notice of Electronic Filing of that order, which were mailed to the clerk's office in an envelope listing Plaintiff's return address as the same address on file with the court. The court construes Plaintiff's Response to mean that the address on file with the court is Plaintiff's correct mailing address. If the address is incorrect or changes at any time, Plaintiff is obligated to update the court with his current mailing address. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). Accordingly,

IT IS THEREFORE ORDERED that:

1.      Plaintiff has complied with Filing No. 8. The case will proceed and the court will conduct an initial review of his claims to determine whether

summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

2.      The clerk's office is directed to terminate the pro se case management deadline of October 25, 2017: check for address.

Dated this 23rd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge